# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Horton, *on behalf of himself and all others similarly situated*, | Case No.: 3:13-cv-0307-JAH-WVG |
| Plaintiff, | **ORDER** |
| vs. | |
| Cavalry Portfolio Services, LLC, | |
| Defendant. | |

Upon consideration of Plaintiff's Motion to File Documents Under Seal, the Court hereby GRANTS the motion as to:

- An unredacted copy of Plaintiff's Reply Brief in support of his Motion to Strike Testimony and Expert Report by Defendant's Expert, Ken Sponsler;

- <u>Exhibit E</u> to the Second Declaration of Sergei Lemberg in Support of Plaintiff's Motion to Strike Testimony and Expert Report by Defendant's Expert, Ken Sponsler;

- <u>Exhibit I</u> to the Second Declaration of Sergei Lemberg in Support of Plaintiff's Motion to Strike Testimony and Expert Report by Defendant's Expert, Ken Sponsler.

Dated:   December 8, 2014

IT IS SO ORDERED.

JOHN A. HOUSTON
United States District Judge