UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cory Horton, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Cavalry Portfolio Services, LLC,<br><br>Defendant. | Case No.: 3:13-cv-0307-JAH-WVG<br><br>**ORDER** |

| 1 | After a careful consideration of the pleadings and relevant exhibits submitted
| 2 | by the parties and the argument of counsel presented at the hearing, and for the
| 3 | reasons stated on the record at the hearing, IT IS HEREBY ORDERED that
| 4 | plaintiff/counterdefendant's motion for summary judgment [doc. # 86] as to the
| 5 | counterclaim by defendant/counterclaimant Cavalry Portfolio Services, LLC, is
| 6 | **GRANTED**. IT IS FURTHER ORDERED that plaintiff's motion to strike exhibits
| 7 | [doc. # 119] is **DENIED as moot.**

The Clerk of Court shall enter judgment in favor of plaintiff/counterdefendant Cory Horton and against defendant/counterclaimant Cavalry Portfolio Services, LLC, as to defendant's counterclaim.

Dated: March 3, 2015

JOHN A. HOUSTON
United States District Judge