1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10   CORY HORTON, on behalf of himself      )    Civil No. 13cv0307 JAH(WVG)
     and all others similarly situated,     )
11                                          )    **ORDER WITHDRAWING MOTION**
                          Plaintiff,        )    **TO INTERVENE AND/OR**
12   v.                                     )    **CONSOLIDATE [Doc. No. 200]**
                                            )
13   CALVARY PORTFOLIO SERVICES,            )
     LLC,                                   )
14                                          )
                          Defendant.        )
15   _____       )

16
17

18        On February 5, 2016, the Court stayed this matter until July 8, 2016, awaiting

19   decisions in *ACA Int'l. v. Federal Communications Commission*, Case No. 15-1211 (D.C.

20   Cir.) and *Spokeo, Inc. v. Robins*, Case No. 13-1339 (U.S.). However, the day before the

21   Court issued the stay, Kevin Krejci filed a motion to intervene and/or consolidate. <u>See</u>

22   Doc. No. 200. After a review of the record, this Court deems it appropriate to withdraw

23   Mr. Krejci's motion without prejudice to allow Mr. Krejci to re-notice the motion after the

24   stay of these proceedings is lifted, if necessary.

25        Accordingly, **IT IS HEREBY ORDERED** Kevin Krejci's motion to intervene and/or

26   consolidate (Doc. No. 200) is **WITHDRAWN** without prejudice. After the stay of

27   ///

28   ///

13cv0307

1  proceedings is lifted, Mr. Krejci may file an amended notice of motion in order to place

2  the motion back on the Court's calendar.

3  Dated: February 10, 2016

4

5  JOHN A. HOUSTON
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13cv0307