UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HORTON,<br><br>                              Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICE LLC,<br><br>                              Defendant. | Case No.:  13cv307-JAH (WVG)<br><br>**ORDER SETTING DEADLINE** |

   Based on the representations of the Parties', IT IS HEREBY ORDERED the Parties file a Motion for Preliminary Approval by January 31, 2020.

**IT IS SO ORDERED.**

DATED:   December 11, 2019

_____
JOHN A. HOUSTON
United States District Judge