1    TOMIO B. NARITA (SBN 156576)
     tnarita@snllp.com
2    JEFFREY A. TOPOR (SBN 195545)
     jtopor@snllp.com
3    LEANNE C. YU (SBN 290698)
     lyu@snllp.com
4    SIMMONDS & NARITA LLP
     44 Montgomery Street, Suite 3010
5    San Francisco, CA 94104-4816
     Telephone: (415) 283-1000
6    Facsimile:  (415) 352-2625

7    Attorneys for defendant
     Cavalry Portfolio Services, LLC

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

12   CORY HORTON, on behalf of        )   CASE NO.  13-CV-00307-JAH-WVG
     himself and all others similarly )
13   situated,                        )
                                      )   **JOINT MOTION TO EXTEND TIME**
14                                    )   **TO FILE A MOTION FOR**
            Plaintiff,                )   **PRELIMINARY APPROVAL**
15                                    )
                                      )
16          vs.                       )
                                      )
17                                    )
     CAVALRY PORTFOLIO                )   Honorable John A. Houston
18   SERVICES, LLC,                   )
                                      )
19                                    )
            Defendant.                )
20                                    )

21   KEVIN KREJCI,                    )   CASE NO.  3:16-CV-00211-JAH-WVG
                                      )
22          Plaintiff,                )   **JOINT MOTION TO EXTEND TIME**
                                      )   **TO FILE A MOTION FOR**
23                                    )   **PRELIMINARY APPROVAL**
            vs.                       )
24                                    )
                                      )
25   CAVALRY PORTFOLIO                )
     SERVICES, LLC,                   )
26                                    )   Honorable John A. Houston
                                      )
27          Defendant.                )
                                      )
28

Pursuant to the Court's Order (ECF Docket 283) to file a timely Motion for Preliminary Approval by January 31, 2020, plaintiff Cory Horton and plaintiff Kevin Krejci (hereinafter "Plaintiffs") and defendant Calvary Portfolio Services, LLC ("Defendant") respectfully request that the Court grant their Joint Motion to Extend the time for both parties to file a Motion for Preliminary Approval from the current deadline January 31, 2020 to February 21, 2020.

Good cause exists for the brief extension. Counsel for both parties have been in constant communication over the past weeks regarding the confirmatory discovery contemplated by the settlement, and interrogatory responses have been provided. In addition, a deposition of a Cavalry representative is now set for January 24, 2020. The parties have also been exchanging drafts and revisions of the Settlement Agreement and related exhibits. Despite their best efforts, the parties do not believe they will be in a position to file the Motion for Preliminary Approval on the current deadline. Accordingly, Plaintiffs and Defendant respectfully and jointly request an extension to file the Motion for Preliminary Approval to February 21, 2020.

DATED: January 23, 2020          Respectfully Submitted,

                                        /s/ Tomio B. Narita
                                 By: _____
                                 Tomio B. Narita
                                 Simmonds & Narita, LLP
                                 Attorneys for defendant
                                 Cavalry Portfolio Services, LLC


                                 By:   /s/ Adrienne D. McEnee
                                 Adrienne D. McEntee, Esq.
                                 Terrell Marshall Law Group
                                 Attorney for Plaintiff Cory Horton



                                 By:   /s/ Sergei Lemberg
                                 Sergei Lemberg, Esq.
                                 Lemberg Law, LLC
                                 Attorney for Plaintiff Kevin Krejci