# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HORTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICE LLC,<br><br>Defendant. | Case No.: 13cv307-JAH (WVG)<br><br>**ORDER VACATING HEARING** |
| KEVIN KREJCI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICE LLC,<br><br>Defendant. | Case No.: 16cv211-JAH (WVG) |

After a careful review of the Parties' submissions, the Court deems Plaintiffs Cory Horton and Kevin Krejci's Motion for Preliminary Approval of Class Action Settlement, (doc. nos. 74, 289), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

//

Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for March 23, 2020, at 2:30 p.m. is **VACATED**. The Court will issue an order in due course. As such, the Parties' Joint Motion to Appear Telephonically for the March 23, 2020, hearing, (doc. nos. 75, 290) is DISMISSED AS MOOT. However, in the event a hearing is required at a later time, the Court will allow the Parties to appear telephonically.

**IT IS SO ORDERED.**

DATED: March 17, 2020

_____
JOHN A. HOUSTON
United States District Judge