UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY HORTON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 13cv307-JAH (WVG)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO APPROVE PAYMENT OF COST INCURRED IN CLASS SETTLEMENT [Doc. No. 305]** |
| KEVIN KREJCI, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>　　　　　　　　　　　Defendant. | |

　　　Pending before the Court is Plaintiffs' motion to approve payment of costs incurred but overlooked in Plaintiffs' previously filed fee request.  *See* Doc. No. 305.

Upon review of the motion and supporting documents, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion to approve payment of costs incurred but overlooked is **GRANTED**. From the Cash Fund, JND Administration shall remit $33,679.20 to AB Data in full satisfaction of all outstanding invoices related to this matter.

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion set for June 9, 2021 at 10:30 a.m. is **VACATED**.

**IT IS SO ORDERED.**

DATED:   June 4, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE